No. 115. KERN-LIMERICK, INC. ET AL. *v.* PARKER, COMMISSIONER OF REVENUES FOR ARKANSAS. Appeal from the Supreme Court of Arkansas. Probable juris-

diction noted. *A. F. House* for Kern-Limerick, Inc., and *Acting Solicitor General Stern* for the United States, appellants.